UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Chris Surrey

Plaintiff(s),

- against -

Fidelity Investments et al.

Defendant(s).

---

25 Civ. 3263 (PKC)

ORDER FOLLOWING PRETRIAL CONFERENCE

CASTEL, United States District Judge

As a result of a Pre-Trial Conference held before the Court today, the following is ORDERED:

1. Defendants' motion for summary judgment shall be filed by February 9, 2027. Plaintiff's response shall be due by March 8, 2027, and reply by March 22, 2027.

2. Action will be referred to Magistrate Judge for settlement.

The next Case Management Conference [the Final Pretrial Conference] will be

held on ______________________ at ________ am/pm. Any conference scheduled for a date prior thereto is adjourned.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 10, 2027